**Roger STINSON, Movant,**

**v.**

**STATE of Missouri, Respondent.**

**No. 58914.**

Missouri Court of Appeals,
Eastern District,
Division Five.

April 16, 1991.

Kathleen Green, Asst. Public Defender, St. Louis, for movant.

William L. Webster, Atty. Gen., Barbara J. Wood, Asst. Atty. Gen., Jefferson City, for respondent.

### ORDER

PER CURIAM.

Movant, Roger Stinson, appeals from the denial of his Rule 24.035 motion without an evidentiary hearing. We have reviewed the record and find that the trial court did not err. An extended opinion would serve no jurisprudential purpose. The judgment

of the trial court is affirmed in accordance with Rule 84.16(b).